MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: Tomecca L. Buffington

Chapter 7 Case No. 06-42002

Please Check One:

__✓__ Unclaimed Dividends

_____ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Darien J. Gomez<br>615 Newton Avenue North<br>Minneapolis, MN 55411 | 5 | 29.02 | 29.02 |

Dated: June 2, 2010

Randall L. Seaver, Trustee

C:\Data\randy\Trustee-Mpls\Buffington\Unclaimed Dividends.wpd

# RANDALL L. SEAVER
## UNITED STATES CHAPTER 7 PANEL TRUSTEE

PORTLAND CORPORATE CENTER
12400 PORTLAND AVENUE SOUTH, SUITE 132
BURNSVILLE, MN 55337

Telephone: (952) 890-0888
Facsimile (952) 890-0244

June 1, 2010

Office of the Clerk
U.S. Bankruptcy Court
300 South Fourth Street, Suite 301
Minneapolis, MN 55415

RE:   Tomecca L. Buffington
      BKY No. 06-42002

Dear Sir/Madam:

Enclosed for filing in the above matter is MN Form 305 regarding Unclaimed Dividends. Also enclosed is an estate check in the amount of $29.02 pursuant to that form.

Very truly yours,

Randall L. Seaver
Trustee
*rlseaver@fullerseaverramette.com*

RLS:klf
Enclosure
cc:    United States Trustee

C:\Data\randy\Trustee-Mpls\Buffington\ltr to crt re unclaimed dividends.wpd