MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: Tomecca L. Buffington

Chapter 7 Case No. 06-42002

Please Check One:

_____ Unclaimed Dividends

__✓__ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Walters Recycling<br>P.O. Box 67<br>Circle Pines, MN 55014 | 1 | 129.47 | .92 |
| CACH, LLC<br>370 17th Street, Suite 5000<br>Denver, CO 80202 | 3 | 699.05 | 4.95 |

Dated: June 2, 2010

Randall L. Seaver, Trustee

C:\Data\randy\Trustee-Mpls\Buffington\Unclaimed Dividends Distribution Less than $5.wpd

# RANDALL L. SEAVER
## UNITED STATES CHAPTER 7 PANEL TRUSTEE

PORTLAND CORPORATE CENTER
12400 PORTLAND AVENUE SOUTH, SUITE 132
BURNSVILLE, MN 55337

Telephone: (952) 890-0888
Facsimile (952) 890-0244

June 1, 2010

Office of the Clerk
U.S. Bankruptcy Court
300 South Fourth Street, Suite 301
Minneapolis, MN 55415

RE:   Tomecca L. Buffington
      BKY No. 06-42002

Dear Sir/Madam:

Enclosed for filing in the above matter is MN Form 305 regarding Distributions Less than $5. Also enclosed is an estate check in the amount of $5.87 pursuant to that form.

Very truly yours,

Randall L. Seaver
Trustee
*rlseaver@fullerseaverramette.com*

RLS:klf
Enclosure
cc:   United States Trustee

[RECEIVED 10 JUN -3 AM 9:40 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN]